

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Court reporters Lisa A. Traslavina and Melinda Walker filed notifications of late record. On June 28 and June 29, 2022, in response to Traslavina's and Walker's notifications, respectively, we ordered appellant to provide written proofs to this court within ten days of the date of the orders that he had paid the reporters' fees or was entitled to appeal without paying the reporters' fees. We further ordered that, if appellant failed to respond to our orders, his brief would be due within thirty days of the date of the orders and we would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond to our orders, and appellant has not filed a brief. Appellant is therefore **ORDERED** to file, **within fifteen days** of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court